### 36646. TURNER *v.* BRUNSWICK DISTRIBUTING COMPANY, INC.

DECIDED MAY 1, 1957.

652

*Thomas E. Spell,* for plaintiff in error.

*Neal G. Gale,* contra.

FELTON, C. J. There is no statute which prohibits the credit sale of spirituous liquors. This court cannot take judicial notice of regulations of the State Revenue Commissioner. *Bernstein* v. *Peters,* 69 *Ga. App.* 525, 532 (26 S. E. 2d 192). Consequently, the two grounds of the demurrer which sought to allege violation of a regulation of the Revenue Commissioner were speaking, and were, therefore, properly overruled. See Code § 81-304, cases cited under catchwords, "Speaking demurrers."

The ground of the demurrer alleging that the sale was void because of public policy is without merit. The petition shows that it was a sale by a distributor to a licensed retailer and we cannot say that under such circumstances, a sale of whisky on credit violates public policy.

The court did not err in overruling the general demurrer.

*Judgment affirmed. Quillian and Nichols, JJ., concur.*